MCGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>One SanDisk Ultra SD Card (32 GB) with serial number BM1216222423G, and One Microsoft Wireless Transceiver with FCC ID: C3K1496 and serial number 201-125617 | CASE NO. 2:15-SW-196 KJN<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT |

The government's motion to unseal this case and the associated filings is GRANTED.

DATED: 3-2-2018

Hon. Edmund F. Brennan
United States Magistrate Judge

FILED
MAR 0 2 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1